THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHAYMARL CORMIER, Appellant, v JAMES T. CONWAY, Superintendent, Attica Correctional Facility, Respondent.

Submitted May 17, 2010; decided June 29, 2010

Motion for leave to appeal dismissed upon the ground that this motion for leave to appeal does not lie from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHNATHAN JOHNSON, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Submitted May 17, 2010; decided June 29, 2010

Motion for reargument of motion for leave to appeal denied [*see* 14 NY3d 707 (2010)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT MEBANE, Appellant, v DARWIN E. LACLAIR, as Superintendent of Franklin Correctional Facility, Respondent.

Submitted May 17, 2010; decided June 29, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). Motion for leave to appeal denied.